NOT YET SCHEDULED FOR ORAL ARGUMENT

––––––––––––––

No. 13-7196

––––––––––––––

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

––––––––––––––

WILMA ELEY,
APPELLEE,

v.

DISTRICT OF COLUMBIA,
APPELLANT.

––––––––––––––

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

––––––––––––––

**STATEMENT OF ISSUE TO BE RAISED**

––––––––––––––

Whether the district court erred in entering its award for attorney's fees?

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ RICHARD S. LOVE
RICHARD S. LOVE
Senior Assistant Attorney General
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
January 2014                     (202) 724-6635

## CERTIFICATE OF SERVICE

I certify that on January 29, 2014, an electronic copy of this statement of issues was served through the Court's ECF system, to:

Douglas Tyrka
7322 Churchill Road
McLean, VA 22101

/s/ RICHARD S. LOVE
RICHARD S. LOVE